IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT JAMES SWINT,<br><br>                Plaintiff,<br><br>     v.<br><br>RSCORE, et al.,<br><br>                Defendants. | Case No. 3:24-cv-00102-SLG |

## **ORDER OF DISMISSAL**

On May 6, 2024, the Clerk of Court received a filing from self-represented litigant Robert James Swint ("Plaintiff") that has been docketed and assigned a case number in the Case Management/Electronic Case File (CM/ECF) system.[1] On May 13, 2024, the Court notified Plaintiff his filing was deficient and ordered him to cure the deficiencies identified in the order.[2] The Court cautioned that the failure to comply would result in dismissal of this case.[3]

To date, Plaintiff has not paid the filing fee or filed an application to waive prepayment of the fee. Nor has he filed a proper complaint. Therefore, the Court finds the deficiencies have not been remedied. Accordingly, this action must be dismissed without prejudice.

---

[1] Docket 1.

[2] Docket 2.

[3] Docket 3.

**IT IS THEREFORE ORDERED:**

1. This action is **DISMISSED without prejudice**.

2. Any pending motions are **DENIED as moot.**

3. The Clerk shall issue a final judgment.

DATED this 30th day of July 2024, at Anchorage, Alaska.

> */s/ Sharon L. Gleason*
> SHARON L. GLEASON
> UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-00102-SLG, *Swint v. RsCore, et al.*
Order of Dismissal
Page 2 of 2
Case 3:24-cv-00102-SLG   Document 4   Filed 07/30/24   Page 2 of 2